UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CESAR GOMEZ** on behalf of himself individually, and **ALL OTHERS SIMILARLY SITUATED,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 4:17-cv-00990 |
| **HONGHUA AMERICA LLC, NABORS CORPORATE SERVICES INC.,** and **NABORS INDUSTRIES INC.,** | § § § § § | |
| Defendants. | § | |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice and Motion for Entry of Final Judgment of Dismissal with Prejudice [Doc. #29], it is hereby **ORDERED** that the Motion is **GRANTED** and, further that this case in its entirety is **DISMISSED WITH PREJUDICE**, that all Plaintiffs' claims against all Defendants are **DISMISSED WITH PREJUDICE**, and that specifically, the claims of Plaintiff Cesar Gomez, on behalf of himself and on behalf of all others similarly situated, and the claims of Plaintiffs Porfirio Andrade, Jorge Arreaga, Francisco Castillo, Saul Cuevas, Francisco Delgado, Pedro Diaz, Roberto Ortiz, Martin Salazar, and Gilberto Vargas, against Defendants Honghua America LLC, Nabors Corporate Services Inc. and Nabors Industries Inc., are **DISMISSED WITH PREJUDICE**. Each party shall bear his or its own costs and fees. This is a FINAL JUDGMENT, and all relief not granted herein is hereby DENIED.

SIGNED in Houston, Texas, this __9th__ day of December, 2019.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE